IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBINS,

    Plaintiff,                            No. CIV S-06-2943 DFL DAD P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                   ORDER

/

        Plaintiff, a state prisoner confined at High Desert State Prison, has filed a motion for temporary restraining order concerning legal materials confiscated from him in 2005. The motion is not signed under penalty of perjury and is not supported by a declaration establishing irreparable injury. In addition, the motion was not accompanied by a complaint, and plaintiff has neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis.

        "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. A complaint must contain "(1) a short and plain statement of the grounds upon which the court's jurisdiction depends . . . , (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(a). In contrast, a motion is an application for an order. Fed. R. Civ. P. 7(b)(1). A motion is not a complaint. Fed. R. Civ. P. 7(a).

1  This action has not been properly commenced because plaintiff has not filed a
2  complaint and has not paid the filing fee or applied for leave to proceed in forma pauperis.  The
3  motion filed by plaintiff in lieu of a complaint is not properly supported and cannot be addressed
4  in the absence of a properly filed complaint that states cognizable federal claims on which
5  plaintiff has a strong likelihood of success.  See Local Rule 65-231.
6  In accordance with the above, IT IS HEREBY ORDERED that:
7  1.  Plaintiff's December 29, 2006 motion for a temporary restraining order is
8  denied without prejudice;
9  2.  Plaintiff is granted thirty days from the date of this order to file a complaint
10 that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
11 Procedure, and the Local Rules of Practice; the complaint must be submitted on the form
12 provided with this order and must bear the docket number assigned to this case; plaintiff's failure
13 to comply with this order will result in a recommendation that this case be dismissed;
14 3.  Plaintiff is granted thirty days from the date of this order to submit the $350.00
15 filing fee or a properly completed application to proceed in forma pauperis on the form provided
16 with this order; plaintiff's failure to comply with this order will result in a recommendation that
17 this case be dismissed; and
18 4.  The Clerk of the Court is directed to send plaintiff the form to be used by a
19 prisoner filing a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to
20 proceed in forma pauperis by a prisoner.
21 DATED: January 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

25  DAD:13:bb
    robi2943.noc