IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBINS,

      Plaintiff,                         No. CIV S-06-2943 DFL DAD P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.                ORDER
_____/

       On January 10, 2007, this court advised plaintiff that an action is properly commenced by submitting a complaint and a completed application to proceed in forma pauperis or payment of the $350.00 filing fee. This court granted plaintiff thirty days to file a complaint. The court also granted plaintiff thirty days to submit a completed application to proceed in forma pauperis or pay the filing fee. Plaintiff did not respond to the court's order in any way until February 26, 2007, when plaintiff filed an untimely request for an extension of time.

       On February 22, 2007, this court filed findings and recommendations to dismiss this action without prejudice. This court will not vacate the findings and recommendations at this time but will grant plaintiff an extension of time to comply with the order filed January 10, 2007. No further extensions of time will be granted. Plaintiff's failure to comply with this order will result in a recommendation for dismissal of this action.

1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. Plaintiff's February 26, 2007 request for an extension of time is granted; and

3     2. Plaintiff is granted a final thirty days from the date of this order in which to submit a complaint and the filing fee or a completed application to proceed in forma pauperis. If plaintiff fails comply with this order, this court will forward the February 22, 2007 findings and recommendations to the district judge.

DATED: March 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robi2943.36