IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBINS,

    Plaintiff,                      No. CIV S-06-2943 RRB DAD P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                  ORDER

        By an order filed January 10, 2007, plaintiff was directed to file a completed application to proceed in forma pauperis or pay the appropriate filing fee within thirty days. In addition, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint within thirty days. Plaintiff was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed. The thirty day period has expired, and plaintiff never filed a completed application to proceed in forma pauperis, paid the appropriate filing fee, or filed an amended complaint. Accordingly, on February 22, 2007, this court issued findings and recommendations, recommending dismissal of this action.

        Plaintiff still has not fully complied with the court's January 10, 2007 order. Plaintiff has, however, filed two motions for a temporary restraining order. In light of

/////

1

the pending findings and recommendations recommending dismissal of this action, as well as plaintiff's repeated failure to comply with this court's order, the court will deny plaintiff's motions.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 21, 2007 and June 22, 2007 motions for a temporary restraining order are denied.

DATED: October 23, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robi2943.tro