1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL ROBINS,

11                  Plaintiff,                        No. CIV S-06-2943 JKS DAD P

12          vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
14
                    Defendants.                       ORDER
15
     _____/
16

17          Plaintiff has requested a ninety day extension of time to file an amended

18   complaint.  Good cause appearing, plaintiff's request will be granted in part.  Plaintiff will be

19   granted thirty days from the date of this order in which to file an amended complaint.  No further

20   extensions of time will be granted for this purpose.[1]

21          Plaintiff is reminded that, to proceed with this action, he must also pay the

22   required filing fee of $350.00 or submit a properly completed application to proceed in forma

23

24   ──────────────
        [1] Plaintiff is advised that Rule 8(a)(2) of the Federal Rules of Civil Procedure "requires
25   only 'a short and plain statement of the claim showing that the pleader is entitled to relief,' in
     order to 'give the defendant fair notice of what the . . . claim is and the grounds upon which it
26   rests.'"  Bell Atlantic Corp. v. Twombly, ___ U.S. ___, ___, 127 S. Ct. 1955, 1964 (2007)
     (quoting Conley v. Gibson, 355 U.S. 41, 47 (1957)).  Plaintiff is also advised that he has an
     obligation to diligently prosecute this case.

                                               1

pauperis.  Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's April 21, 2008 request for an extension of time is granted in part;

2.  Plaintiff is granted thirty days from the date of this order to file an amended complaint.  Plaintiff shall also submit, within thirty days from the date of this order, the $350.00 filing fee or a properly completed application to proceed in forma pauperis.  Failure to comply with this order will result in a recommendation that this action be dismissed; and

3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: May 12, 2008.

Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robi2943.36amd

2