IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBINS,

    Plaintiff,                         No. CIV S-06-2943 JKS DAD P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.                 FINDINGS AND RECOMMENDATIONS

/

        By an order filed March 11, 2008, plaintiff's complaint was dismissed and plaintiff was granted until April 21, 2008 to file an amended complaint along with a completed application to proceed in forma pauperis or pay the appropriate filing fee. On May 13, 2008, plaintiff was granted an additional thirty days to comply with the court's order. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The time period has now expired, and plaintiff has not filed an amended complaint, has not filed a completed application to proceed in forma pauperis, has not paid the appropriate filing fee, and has not otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 30, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
robi2943.fifp.fta(2)