IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBINS,

    Plaintiff,            No. CIV S-06-2943 JKS DAD P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.          <u>ORDER</u>

/

    On November 10, 2008, plaintiff filed with the court a request for continuance and status of temporary restraining order.  However, this civil rights action was closed on August 22, 2008.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 18, 2008.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:mp
robi2943.58